State vs. Butler.

## No. 8861.

### THE STATE OF LOUISIANA VS. ROBERT BUTLER.

Where the transcript is not filed on the return day, or within the legal delay following it, the Court is impotent to grant an extension of time to file it.

The failure to do so in this case is of defendant's procurement. Sentenced to death, he made his escape before the return day, and thus the transcript was not even prepared. Captured long after the last judicial day had thus elapsed, he must stand the irrevocable consequences of his rashness.

APPLICATION for Order.

*John H. Dinkgrave* for the Petitioner.

The opinion of the Court was delivered by

BERMUDEZ, C. J. This is an application for authority to file a transcript of appeal, within a delay prayed to be allowed.

The defendant was indicted for murder, tried and convicted. From the sentence of death passed upon him, he took an appeal, returnable to Shreveport at the last October Term. Before the return day he made his escape. No transcript was filed on the return day, or since. Recently the defendant was captured. He moves the Court now to extend the return day to the first Monday in June next, and make the appeal returnable at Monroe.

The application is unfounded. By not filing the transcript on the return day, or within the three judicial days following it, and by not seasonably applying for an extension within which to file it, and not filing it in time, the defendant must be considered, *juris* and *de jure*, as having abandoned it.

Far from showing that he was prevented from doing so by any event not under his control, he himself avers a state of facts showing that he has done a wrong, of which he now seeks to take advantage.

He has trusted to chance the inexecution of the gloomy sentence of the law, but has doomed himself to the irrevocable consequences of his rashness.

This Court is without power to extend to him the relief sought. O. B. 57, fol. 155.

Application refused.